# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Navid Kohsar Construction Company ) ASBCA No. 61839
)
Under Contract No. W91B4L-10-C-0218 )

APPEARANCE FOR THE APPELLANT: Mr. Massoud Rahman Adeeb
President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Brian C. Habib, JA
Trial Attorney

## ORDER OF DISMISSAL

By email dated October 8, 2018, appellant filed a notice of appeal with the Board, which was docketed on October 16, 2018. When the Board did not receive a complaint pursuant to Board Rule 6(a), it issued an Order, dated December 10, 2018, directing appellant to file a complaint within 21 days of the date of that Order, or immediately advise the Board how much more time was needed and why. The Board then issued a second Order, dated January 8, 2019, directing appellant to either file its complaint within 21 days or show cause why the appeal should not be dismissed for failure to prosecute. Both Orders were sent to the email address utilized by appellant to file its notice of appeal. The Board has received no response to either of the Board's Orders. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: February 5, 2019

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                 I concur

RICHARD SHACKLEFORD          STEPHANIE CATES-HARMAN
Administrative Judge                  Administrative Judge
Acting Chairman                       Armed Services Board
Armed Services Board             of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61839, Appeal of Navid Kohsar Construction Company, rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2